JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANCHEZ VILDOSOLA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVING, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:15-CV-6215-KS<br><br>**[PROPOSED]**<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 29, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE